UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                        :
REGINA AYITEY,                                          :
                                                        :
                              Plaintiff,                :
                                                        :            19-cv-6657 (VSB)
              -against-                                 :
                                                        :        <u>**ORDER OF REMAND**</u>
EMPRESS AMBULANCE SERVICE INC.,                         :
et al.,                                                 :
                                                        :
                              Defendants.   :
                                                        :
-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/12/2019

<u>VERNON S. BRODERICK, United States District Judge</u>:

Plaintiff commenced this action in New York Supreme Court, County of Bronx on April 25, 2019. (Doc. 1-1.) Defendants filed a notice of removal in this court on July 17, 2019, asserting that this court had diversity jurisdiction and that its filing was timely. (Doc. 1.) This filing was administratively rejected and Defendants re-filed their application on August 8, 2019. (Doc. 5.) On September 6, 2019, Defendants submitted a letter stating that it had determined that Plaintiff was a New York citizen, and wished to withdraw the action from this court and "keep it in New York Supreme Court, Bronx County." (Doc. 8.) To date, Plaintiff has not submitted any opposition to this request. Accordingly, it is hereby:

ORDERED that this action is remanded to the New York Supreme Court, County of

Bronx.  The Clerk of Court is respectfully directed to remand and close this case.

SO ORDERED.

Dated:  December 12, 2019
      New York, New York

Vernon S. Broderick
United States District Judge